IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASSOCIATED DOG CLUBS OF <br> NEW YORK STATE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS VILSACK, <br> Secretary of the United States Department <br> of Agriculture, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:13-cv-1982 (RLW) |

## **NOTICE**

Defendants take no position regarding the Motion to Intervene of the Humane Society of the United States (Dkt. No. 10, filed Dec. 30, 2013).

Dated: January 13, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

*/s/ Timothy A. Johnson*
TIMOTHY A. JOHNSON
D.C. Bar No. 986295
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 514-1359

Fax: (202) 616-8470

*Counsel for Defendants*